# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Radik Karapetyan, <br><br> v. <br><br> J. Engleman, | CASE NUMBER: <br><br> 2:22-cv-05291-SSS-(MAR) <br><br> **NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (COA)** |

TO:   All Parties of Record

You are hereby notified that the Magistrate Judge's report and recommendation has been filed on __November 2, 2022__.

Any party having Objections to the report and recommendation and/or order shall, not later than __December 2, 2022__, file and serve a written statement of Objections with points and authorities in support thereof before the Honorable __Margo A. Rocconi__, U.S. Magistrate Judge. A party may respond to another party's Objections within 14 days after being served with a copy of the Objections.

Failure to object within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of Objections and any Response thereto, or upon lapse of the time for filing Objections, the case will be submitted to the District Judge for disposition. Following entry of Judgment and/or order, all motions or other matters in the case will be considered and determined by the District Judge.

Parties are advised that, effective December 1, 2009, Rule 11 of the Rules Governing Section 2254 Cases was amended. Rule 11 now provides that in habeas corpus matters pursuant to 28 U.S.C. § 2254, the District Judge must issue or deny a Certificate of Appealability when a final order adverse to the applicant is entered. Parties may wish to take this Rule into consideration at the time they file any Objections to the report and recommendation.

The report and recommendation of a Magistrate Judge is not a final appealable order. A notice of appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a judgment and/or order by the District Judge.

CLERK, UNITED STATES DISTRICT COURT

Dated: __11/02/22__   By: __E Bustos__
                          Deputy Clerk