UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADIK KARAPETYAN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>J. ENGLEMAN,<br><br>　　　　　　Respondent. | Case No. 2:22-cv-05291-SSS (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Motion to Dismiss, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss is **DENIED**.

Dated: January 12, 2023

_____
HONORABLE SUNSHINE S. SYKES
United States District Judge