JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:22-cv-05291-SSS-MAR

RADIK KARAPETYAN,

      Petitioner,

      v.

**JUDGMENT**

J. ENGLEMAN,

      Respondent.

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

DATED: June 26, 2023

_____
SUNSHINE S. SYKES
United States District Judge

-1-